DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ELIJAH SMITH, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2582

————————————————

December 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

Elijah Smith, Jr., pro se.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.